SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

JONATHAN LOPEZ,

Defendant.
-----------------------------------------------------------X

19 Cr. 00899 (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

Pursuant to the arraignment and bail hearing held today, the Court orders the defendant be released on his own signature pursuant to the stipulated bail conditions. All conditions are to be met by January 6, 2020.

Dated: New York, New York
December 19, 2019

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge