

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
UNITED STATES OF AMERICA
: 1:19-Cr-00899-PAC
   -against-
: ORDER
:
Jonathan Lopez
:
:
------------------------------------X

Paul A. Crotty United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include: Travel restricted to SDNY/EDNY and WD/PA and points in between for travel purposes related to court proceedings.

Dated: January 17, 2020
New York, New York

                       SO ORDERED:

                       _____
                       Paul A. Crotty
                       United States District Judge