# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 3, 2020

Via ECF
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Jonathan Lopez, 19 CR 899 (PAC)

Dear Judge Crotty:

With the consent of the government, I write to seek an adjournment of about 45 days of the next pretrial conference, currently scheduled for Thursday, February 6, 2020 t 4:30. The parties are actively engaged in plea discussions and I intend to make a mitigation presentation to the government but am still in the processing of gathering the supporting materials. In light of the nature of this request, Mr. Lopez consents to the exclusion of time until the adjourned date for purposes of Speedy Trial calculations.

Thank you.

Respectfully submitted,
/s/ Julia Gatto
Julia Gatto, Esq.
Assistant Federal Defender
Tel: (212) 417-8750

cc: A.U.S.A. Zander Li (via ECF)

---

*Handwritten endorsement:*

2/7/2020

The matter is adjourned for 45 days to March 24, 2020 at 11:45 a.m. Time will be excluded.

So ordered.

Paul Crotty
USDJ

*Stamp:* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2-7-2020