**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 21, 2020

> 4/22/2020
> The PTC is adjourned to July 27, 2020, at 3:15 PM. Time is excluded through July 27, 2020.
> SO ORDERED.
>
> /s/ Paul A. Crotty

Via ECF
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Jonathan Lopez, 19 CR 899 (PAC)

Dear Judge Crotty:

With the consent of the government, I write to seek an adjournment of the next pretrial conference, currently scheduled for April 28, 2020. The parties are actively engaged in plea discussions and I intend to make a mitigation presentation to the government. However, my efforts have been delayed because of the pandemic. As such, the parties jointly propose an adjourned date in July. In light of the nature of this request, Mr. Lopez consents to the exclusion of time until the adjourned date for purposes of Speedy Trial calculations.

Thank you.

Respectfully submitted,
/s/ Julia Gatto
Julia Gatto, Esq.
Assistant Federal Defender
Tel: (212) 417-8750

cc:   A.U.S.A. Zander Li (via ECF)