```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

JONATHAN LOPEZ,

                Defendant.
------------------------------------------------------X

1: 19 Cr. 899 (PAC)

**REMAND ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

      For the reasons stated on the record at the VOSR bail hearing held on November 23, 2020, bail is **REVOKED**. The defendant is directed to surrender to the custody of the United States Marshal for the Southern District of New York by Wednesday, December 2, 2020. This order may be rescinded or modified depending on Mr. Lopez's compliance with court orders.

Dated: New York, New York
         November 23, 2020

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge