UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

                                    1: 19 CR.00899 (PAC)
                                   SUBSTITUTION OF COUNSEL ORDER

        -against-

JONATHAN LOPEZ,

        Defendant.
------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

      For the reasons stated on the record at the conference held on January 5, 2021, Patricia Pileggi is appointed as CJA counsel to the above named the defendant, NUNC-PRO-TUNC January 5, 2021. The defendant's former attorney, Julia Gatto, is relieved as counsel. The Clerk of Court is directed to update the docket accordingly.

Dated: New York, New York
          January 5, 2021

                                                          SO ORDERED

                                                          _____
                                                          PAUL A. CROTTY
                                                          United States District Judge