March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

JONATHAN LOPEZ,

                Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

19-CR-899   (PAC)

Defendant _____Jonathan Lopez_____ hereby voluntarily waives his right to be present in a courtroom and consents to participate in the following proceeding via videoconferencing:

___     Initial Appearance/Appointment of Counsel

___     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Preliminary Hearing on Felony Complaint

_x_     VOSR/VOSR Revocation Hearing

___     Status and/or Scheduling Conference

___     Misdemeanor Plea/Trial/Sentence

/s/ _____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jonathan Lopez_____
Print Defendant's Name

/s/ _Patricia A. Pileggi_ (signature)
Defense Counsel's Signature

Patricia A. Pileggi_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_2/4/2021_____
Date

_____
U.S. District Judge