UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA,

                                  1: 19 CR.00899 (PAC)

               -against-                   ORDER
                                     MODIFICATION OF
JONATHAN LOPEZ,                   CONDITIONS OF RELEASE

               Defendant.
-----------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

      For the reasons stated on the record at the conference held on February 4, 2021, the conditions of the Defendant Jonathan Lopez' release are modified to permit him to leave his home between 8:00 pm and 9:00 pm so that he may walk in his neighborhood for a period of 30 minutes.

Dated: New York, New York
       February   5, 2021

                                                                   SO ORDERED

                                                                   _____
                                                                   PAUL A. CROTTY
                                                                   United States District Judge