

Schiff Hardin LLP
1185 Avenue of the Americas
Suite 3000
New York, NY  10036

T 212.753.5000
F 212.753.5044

schiffhardin.com

February 24, 2021

**Patricia A. Pileggi**
(212) 745.0839
ppileggi@schiffhardin.com

**VIA ECF AND EMAIL(CROTTYNYSDCHAMBERS@NYSD.USCOURT.GOV)**

Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY  10007

3/1/2021
The March 8 conference is adjourned to March 9 at 9:45 AM. SO ORDERED.

*[signature: Paul A. Crotty]*

Re:   United States v. Lopez
       19 CR 899 (PAC)

Dear Judge Crotty:

This letter is written to request an adjournment of the next status hearing, currently scheduled for March 8, 2021, to the morning of March 9, 2021 before 10:30 am; anytime on March 10 before 4:00 pm; or anytime on March 11, 2021.  I have a sentencing, in Philadelphia, which has been scheduled for the morning of March 8, 2021.

Assistant U.S. Attorney Alexander Li consents to the requested adjournment and is available on the proposed dates and times.  This is the first request for an adjournment of this status hearing.

Respectfully submitted,

*Patricia A. Pileggi*

Patricia A. Pileggi

cc: Assistant U.S. Attorney Alexander Li