UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA  :

                                                   :      19 Cr. 899 (PAC)

   - against -                        :

                                                 :      **<u>COMPETENCY ORDER</u>**

JONATHAN LOPEZ,  :

    Defendant.  :

------------------------------------------------------------X

The Court has found reasonable cause to believe that the defendant, Jonathan Lopez, "may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense." 18 U.S.C. § 4241(a). It is, therefore, hereby:

ORDERED, pursuant to 18 U.S.C. §§ 4241(a), 4241(c) and 4247(d), that a competency hearing will commence on Tuesday, June 15, 2021 at 11:30 AM in Courtroom 14C, 500 Pearl Street, New York, New York 10007.

The Court reserves its right to order a psychiatric or psychological examination of Mr. Lopez and a report on the same prior to the hearing, pursuant to 18 U.S.C. §§ 4241(b), 4247(b), and 4247(c), depending on the parties' submissions in advance of the hearing.

Dated: New York, New York
       May 11, 2021

SO ORDERED

*Paul A. Crotty*

HONORABLE PAUL A. CROTTY
United States District Judge