UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 19 Cr. 899 (PAC) |
| - against - | : | |
| | : | **ORDER** |
| JONATHAN LOPEZ, | : | |
| Defendant. | : | |

------------------------------------------------------------X

A hearing to determine Jonathan Lopez's competency to stand trial is scheduled to commence Tuesday, June 15, 2021 at 11:30 AM in Courtroom 14C, 500 Pearl Street, New York, New York 10007.

At our last conference, on May 11, 2021, the Government indicated that it may wish to submit documents in advance of the hearing and that the parties might "stipulate to essentially a package of documentary records to go before the Court." Tr. 7:11–20, ECF No. 58. The parties are directed to submit any documents by _June 10, 2021_, so that the Court has time to review them before the hearing.

Dated: New York, New York
      June 8, 2021

SO ORDERED

_/s/ Paul A. Crotty_

HONORABLE PAUL A. CROTTY
United States District Judge