```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-15-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

                                  1: 19 Cr. 899 (PAC)
                                  **COMMITMENT ORDER**

        -against-

JONATHAN LOPEZ,

             Defendant.
------------------------------------------------------X

        For the reasons stated on the record at the Competency Hearing held pursuant to 18 U.S.C. § 4241(a) on June 15, 2021, the Court "finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense"; therefore, the defendant is committed to the custody of the Attorney General for hospitalization and evaluation in a suitable facility pursuant to 18 U.S.C. § 4241(d)(1). This period of hospitalization is not to exceed four months unless further extended by order of the Court, and the director of the chosen facility is directed to provide the Court with an update on the defendant's progress within 60 days of the filing of this order.

Dated: New York, New York
            June 15, 2021                              SO ORDERED

                                                          _____
                                                           HONORABLE PAUL A. CROTTY
                                                          United States District Judge