UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA                          :

    - against -                                        :                    19 Cr. 899 (PAC)

JONATHAN LOPEZ,                                   :                    **ORDER**

                 Defendant.              :
------------------------------------------------------------------X

     For the reasons given at today's conference, it is hereby

     **ORDERED**, that the Court's order, ECF No. 61, committing Defendant Jonathan Lopez

to the custody of the Attorney General for hospitalization and evaluation for four months beginning

on August 26, 2021, and ending on December 26, 2021, is hereby extended retroactively until

January 14, 2021, *see* 18 U.S.C. § 4241(d)(2)(A); *United States v. Magassouba*, 544 F.3d 387, 409

(2d Cir. 2008); and it is further

     **ORDERED**, that Defendant Jonathan Lopez's motion for release on conditions, ECF No.

72, is denied without prejudice as to the finalization of his competency evaluation; and it is further

     **ORDERED**, that the Government shall look into the status of Mr. Lopez's stay at FMC

Devens forthwith; and it is further

     **ORDERED**, that a status conference shall be held on **Thursday, March 31, 2022 at**

**11:30am**; and it is further

     **ORDERED**, that the competency evaluation shall be submitted to the Court by that date.


Dated:  New York, New York                        SO ORDERED
          March 7, 2021

                                 _____

                                 HONORABLE PAUL A. CROTTY
                                 United States District Judge